STEPHANIE FORMAN, SBN 195757
DIANA M. RIVERA, SBN 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail:  sforman@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| EARL FAUST<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 5:19-cv-02039-DOC (SHKx)<br>(*San Bernardino County Superior Court Case No. CIVDS1914631*)<br><br>**ORDER REMANDING THE CASE TO STATE COURT (Filed Concurrently with Stipulation to Remand)**<br><br>[Assigned to Hon. David O. Carter, District Judge; Shashi H. Kewalramani, Magistrate Judge] |

On March 16, 2020, this Court granted plaintiff's request for leave to name ORCO Block & Hardscape ("ORCO"), Neal Trucking, Inc. ("Neal"), and Gomez Brothers Trucking, Inc ("Gomez") as defendants in this action.  Defendant Lowe's Home Centers, LLC ("Lowe's") stipulated to that request.

By March 23, 2020, Plaintiff had filed proofs of service demonstrating that the complaint had been served on ORCO, Neal, and Gomez.

On April 30, 2020, ORCO filed an answer to the complaint.  Gomez is represented by counsel and has reportedly received an extension of time to respond to the complaint.

On May 8, 2020, the parties filed a stipulation to the effect that the addition of

ORCO, Neal, and Gomez had destroyed diversity in this matter. Diversity was the basis for the removal filed by Lowe's in October 2019.

With the stipulation, the parties also asked this Court to remand the matter to state court for further litigation.

Having reviewed the stipulation, and finding good cause for the requested remand, the Court orders as follows:

1. The stipulation is approved; and

2. The matter is hereby remanded to the San Bernardino County Superior Court for all further proceedings.

IT IS SO ORDERED.

Dated: May 13, 2020

*/s/ David O. Carter*
Hon. DAVID O. CARTER
U.S DISTRICT COURT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

   **[PROPOSED] ORDER REMANDING THE CASE TO STATE COURT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Jeffrey S. Raynes, Esq.<br>Derek S. Raynes, Esq.<br>RAYNES / ERICKSON<br>300 East State Street, Suite 690<br>Redlands, CA 92373<br>Tel: (909) 793-6800;<br>(909) 793-6877 – fax<br>Email: jraynes@rayneserickson.com<br>Email: draynes@rayneserickson.com | Attorneys for Plaintiff, **EARL FAUST** |
| Susan K. Andersen, Esq. (SBN 149053)<br>DIEDERICH & ASSOCIATES<br>Mailing Address:<br>P.O. Box 64093<br>St. Paul, MN 55164-0093<br>**Physical Address:**<br>21680 Gateway Center Drive, Suite 100<br>Diamond Bar, CA 91765<br>Tel: (909) 612-3930; Fax (855) 260-0261<br>Direct (909) 612-3058<br>E-mail: sanderse@travelers.com | Attorneys for Defendant, **ORCO BLOCK & HARDSCAPE (DOE 1)** |
| Grant D. Waterkotte, Esq.<br>PETTIT KOHN INGRASSIA LUTZ& DOLIN<br>5901 W. Century Blvd., Suite 1100<br>Los Angeles, CA 90045<br>Mobile (619) 993-8007<br>Email: gwaterkotte@pettitkohn.com | Attorneys for GOMEZ BROS. TRUCKING |

5. _X_ a. **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided on **March 19, 2020** that, during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the

transmission was unsuccessful was received within a reasonable time after the transmission.

6.     I served the documents by the means described in item 5 on (date): See Below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/12/2020 | Amy Eivazian | *Amy Eivazian* (signed) |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\30000-000\30982\Pleadings\Federal\[Proposed} Order re Remand 5-7-20.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -
**[PROPOSED] ORDER OF REMAND**
**FAUST V. LOWE'S HOME CENTERS, LLC**
**CASE NO.: 5:19-CV-02039 DOC (SHKX)**